IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

DAWN Y. LOBLEY,

                Defendant.

ORDER

14-po-005-slc

---

The court accepts the parties' joint recommendation for disposition of this case. Therefore, IT IS ORDERED that defendant Dawn Lobley shall pay a fine of $125 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 no later than November 30, 2014. A $25 criminal assessment fee also is imposed and is to be paid to the Clerk of Court immediately.

Entered this 25th day of August, 2014.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge